UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

OSCAR ANTONIO AYALA SORIANO,

Plaintiff,

v.

TODD BLANCHE, et al.,

Defendants.

Case No. 2:26-cv-02611-ART-EJY

ORDER

Petitioner Oscar Antonio Ayala Soriano, an immigration detainee who is challenging their ongoing federal detention at Henderson Detention Center ("HDC"), filed a pro se petition for federal habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1-1). On August 21, 2026, this Court issued an order appointing counsel and deferring consideration of the petition. (ECF No. 4.) In that order, the Court stated that Petitioner had not paid the filing fee. (*Id.*) That same day, a receipt reflecting that Petitioner paid the filing fee was posted on the docket, and the Clerk noted that the filing fee was paid in full. (ECF No. 3.) A second filing fee was paid on September 4, 2026. (ECF No. 10.) Therefore, the filing fee is deemed paid, and the Court will refund the additional payment.

## I. CONCLUSION

For the foregoing reasons, it is ordered that the Clerk of the Court will issue a refund to Petitioner's counsel, Megan Hopper-Rebegea, Federal Public Defender, 411 E. Bonneville Ave., Suite 250, Las Vegas, NV 89101 in the amount of $5.00.

It is further ordered that the Clerk of the Court will send a copy of this

order to the Finance Division of the Clerk's Office.

DATED THIS 26th day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE